# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States                    :

                              :

                                         Criminal#: 05-194(KSH)

    -vs-                      :

James Ramos                     :

        Defendant.          :        ORDER TO ISSUE
                                         WARRANT


This matter having come before the Court by way of a petition for issuance of a Warrant submitted on September 22, 2005 by Norma de Armasan of the U.S. Probation Office(copy attached hereto); the Court having timely signed same and the Clerk's Office having inadvertently failed to docket it; and for good cause set forth in the petition

It is on this 14th day of August, 2006,

O R D E R E D that the Clerk of the Court issue a warrant for the arrest of James Ramos.

                                                    /s/ Katharine S. Hayden
                                                  KATHARINE S. HAYDEN, U.S.D.J.

PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Ramos          Cr.: ED/VA: MG 001-179-01    D/NJ: CR 05-194

Name of Sentencing Judicial Officer: ED/VA:  F. Bradford Stillman
                                     D/NJ :    Katharine S. Hayden
Date of Original Sentence: 6/24/04

Original Offense: Driving While Under the Influence of Alcohol. Driving While License Suspended

Original Sentence: 5 years probation, 60 days custody.

Type of Supervision: Probation                    Date Supervision Commenced: 6/24/04

Assistant U.S. Attorney:  ED/VA                   Defense Attorney: ED/VA

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a fine in the amount of $525.**'<br><br>While under supervision, the offender has not paid any monies toward his financial obligation.
2 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'<br><br>On or about August 4, 2005, the offender relocated to Hampton, Virginia without authorization to do so.<br><br>On August 19, 2005 the offender was contacted by telephone and directed to return to New Jersey and report to the probation office on August 23, 2005. The offender failed to report or make any further contact with the probation officer since that date.

3      The offender has violated the supervision condition which states" **You shall report to the probation officer as directed and shall submit truthful and complete written reports within the first five days of each month".**

The offender was scheduled to report to the probation office on August 23, 2005. He failed to report on August 23, 2005 and thereafter.

4      The offender has violated the supervision condition which states '**The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

The offender failed to keep alcohol treatment appointments at St. Michael's Medical Center Substance Abuse Program on August 9, 2005, August 23, 2005 and thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer
Date: 8/29/05

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

9/19/05
Date